

# NUMBER 13-22-00251-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KYLE TRAMMELL,                                            **Appellant,**

## v.

KYLIE TRAMMELL,                                            **Appellee.**

## On appeal from the County Court at Law
## of Aransas County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellant's handwritten note received on May 31, 2022, which the Court construes as a motion for extension of time to file a notice of appeal. We now dismiss the matter for lack of jurisdiction.

On April 21, 2021, the trial court signed a final protective order. Appellant filed a notice of appeal with the trial court on May 31, 2022. On June 2, 2022, the Clerk of this Court notified appellant that it appeared that the appeal was not timely perfected. Appellant was advised that the appeal would be dismissed if the defect was not corrected within ten days from the date of receipt of the Court's directive.

Appellant's motion for extension of time to file a notice of appeal is untimely, as it was filed more than fifteen days after the deadline for filing the notice of appeal. TEX. R. APP. P. 26.3. We are to construe the rules of appellate procedure reasonably and liberally so that the right to appeal is not lost by imposing requirements not absolutely necessary to effectuate the purpose of a rule. *See Verburgt v. Dorner*, 959 S.W.2d 615, 616-17 (Tex. 1997). Nevertheless, we are prohibited from enlarging the scope of our jurisdiction by enlarging the time for perfecting an appeal in a civil case in a manner not provided for by rule. *See* Tex. R. App. P. 2; *In re T.W.,* 89 S.W.3d 641, 642 (Tex. App.–Amarillo 2002, no pet.).

Appellant's notice of appeal was untimely, by more than a year, and appellant's motion for extension of time to file the notice of appeal is also untimely; therefore, we lack jurisdiction over the appeal. Accordingly, we dismiss appellant's motion and entire cause for lack of jurisdiction.

JAIME TIJERINA
Justice

Delivered and filed on the
30th day of June, 2022.

2